# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cr-00022-LMM-JFK
### USA v. Bercoon et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 02/21/2018.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 3:03 P.M.
TIME IN COURT: 00:58
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Rebecca Bachelor

DEFENDANT(S):  [1] Marc E. Bercoon Present at proceedings
[2] William A. Goldstein Present at proceedings

ATTORNEY(S) PRESENT:
Alana Black representing USA
James Bryant representing William A. Goldstein
Kamal Ghali representing USA
Thomas Hawker representing William A. Goldstein
Paul Kish representing Marc E. Bercoon
Stephen McClain representing USA

PROCEEDING CATEGORY: Jury Trial Concluded

MINUTE TEXT: Deliberations continued. Jury Note #8 was received and discussed on the record. The Court heard from Government's and Defendants' counsel on its proposed response. The jury reached a verdict. Defendants Bercoon and Goldstein were found guilty on counts 1-6 and 8-13 of the Conforming Indictment and not guilty as to count 7 of the Conforming Indictment. Sentencing for Defendant Marc Bercoon is set for May 30, 2018 at 9:00 a.m. Sentencing for William Goldstein is set for May 31, 2018 at 9:00 a.m. The Court requested the parties file a sentencing memorandum 5 days prior to the sentencing hearing. The Government requested Defendants be remanded to the custody of the U.S. Marshals. The Court heard from Defendants' counsel regarding the request to remand. The Court granted the Government's request. Defendants Marc Bercoon and William Goldstein were remanded to the custody of the U.S. Marshals.

HEARING STATUS: Hearing Concluded
TRIAL STATUS: Trial Completed by Jury Verdict
EXHIBIT STATUS: Exhibits retained by the Court to be forwarded to the Clerks Office.